IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DOMINICK SMITH,

    Plaintiff,

v.        CIV 15-0441 MV/KBM

JEFF WRIGLEY, Warden, and
HECTOR BALDERAS, New Mexico
Attorney General,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on April 15, 2016 *(Doc. 13).* The proposed findings notify Smith of his ability to file objections and that failure to do so waives appellate review. Smith's objections were originally due on May 2, 2016; however, he was granted an extension until June 1, 2016, to file his objections. To-date, Smith has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered to him.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 13)* is ADOPTED; and

2. This action is dismissed with prejudice, and a final order will be entered concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE